UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------X
JANET MITCHELL, by and through  :
her proposed guardian ad litem  :  07 CV 3686
Blanche Hughes,  :
  :  Hon. Leo Glasser
         Plaintiff,  :
  :  Hon. Roanne L. Mann
  -against-  :
  :  **STIPULATION AND ORDER**
MAMUN MIRZA, AMERIQUEST  :
MORTGAGE COMPANY, and  :
MELISSA PEREZ ROSA,  :
  :
         Defendants.  :
----------------------------------------------------X

    IT IS HEREBY STIPULATED AND AGREED, by the undersigned counsel of record, that Defendant Mamun Mirza's time to answer or move with respect to the complaint is to be extended from October 25, 2007 to October 26, 2007.

| HOGAN & HARTSON, LLP | TUAN & CHO, LLP |
|---|---|
| By: _____/s/_____<br>Lyndon Tretter, Esq.<br>Heather Kukla, Esq. | By: _____<br>Dean T. Cho, Esq. |
| 875 Third Avenue<br>New York, New York 10022<br>(212) 918-3000 | 225 Broadway, Suite 2900<br>New York, New York 10007<br>(646) 442-4343 |
| Attorneys for Plaintiff | Attorneys for Defendant Mamun Mirza |
| SO ORDERED:<br>_____ | *SO ORDERED:*<br>*/s/*<br>*Roanne L. Mann*<br>*U.S. Magistrate Judge*<br>*Dated:* 10/25/07 |